# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany L. Hartsock aka Tiffany L. Doyle<br>Steven T. Hartsock<br>Debtors | BK NO. 16-03340 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

Re: Loan # Ending In: 9458

Respectfully submitted,

/s/ **Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 825-6406
Attorney for Movant/Applicant